**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER TRUMAN,

                Plaintiff,

-against-

PETER BROWN,

                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 1546 (PAE)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 21, 2020, Brown's motion to dismiss is granted; and the Complaint is dismissed, with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         January 21, 2020

                                                RUBY J. KRAJICK
                                                  Clerk of Court
                                BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/21/2020